JUANITA NEAL, Employee v. CAROLINA MANAGEMENT, Employer, TRAVELERS INSURANCE COMPANY, Carrier

No. 310A98

(Filed 5 February 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 130 N.C. App. 228, 502 S.E.2d 424 (1998), affirming the opinion and award of the North Carolina Industrial Commission entered on 2 December 1996. Heard in the Supreme Court 13 January 1999.

*Law Offices of George W. Lennon, by George W. Lennon and Michael W. Ballance, for plaintiff-appellant.*

*Cranfill, Sumner & Hartzog, L.L.P., by Brady W. Wells, for defendant-appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Timmons-Goodson, J., the decision of the Court of Appeals, which affirmed the opinion and award of the Industrial Commission, is reversed. This case is remanded to the Court of Appeals for further remand to the Industrial Commission for entry of an opinion and award in favor of the plaintiff consistent with this opinion.

REVERSED AND REMANDED.